AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1608

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Soldier On, Inc.
was received by me on *(date)* 12/14/2017.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Atty Mitchell Boraski, who is designated by law to accept service of process on behalf of *(name of organization)* Soldier On, Inc.
on *(date)* 12/14/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/14/2017

Robert K. MacKay, Constable
*Server's signature*

Robert K. MacKay
*Printed name and title*
130 Maple St Suite 102
Springfield, MA 01103
1-413-734-9021

*Server's address*

Additional information regarding attempted service, etc: